**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mike ADAMS, Defendant–Appellant.**

No. 09–15854

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 2, 2010.

James C. Stuchell, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

O. Hale Almand, Jr., Macon, GA, for Defendant–Appellant.

Before BARKETT, HULL and WILSON, Circuit Judges.

PER CURIAM:

O. Hale Almand, Jr., appointed counsel for Michael Tyrone Adams, has moved to withdraw from further representation of the appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Adams's conviction and sentence is **AFFIRMED.**